United States District Court
Southern District of Texas

**ENTERED**

August 05, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **RAFAEL REYES MORALES,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 5:26-CV-01350 |
| | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY,** *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1). According to the petition, Petitioner was scheduled for removal on August 1, 2026. (*Id.* at 3). Petitioner moved to for a temporary restraining order to enjoin his removal, however, the motion was denied. (*See* Dkt. No. 5). Petitioner's Petition remains pending.

The Court **ORDERS** Petitioner to file an advisory **by August 12, 2026**, regarding the status of Petitioner's detention and removal. If Petitioner is no longer detained, Petitioner should address whether the petition is moot.

It is so **ORDERED**.

**SIGNED** on August 5, 2026.

John A. Kazen
United States District Judge