United States District Court
Southern District of Texas
**ENTERED**
August 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RAFAEL REYES MORALES,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01350** |
| | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY, *et al.*,** | § | |
| **Respondents.** | § | |

## ORDER

On August 5, 2026, the Court ordered Petitioner to file supplemental briefing by August 12, 2026. (Dkt. No. 6). Petitioner is represented by counsel, yet Petitioner's counsel has not filed the required briefing.

Accordingly, the Court again **ORDERS** Petitioner to file supplemental briefing **no later than August 27, 2026**, addressing the status of Petitioner's detention and removal. Further, if Petitioner is no longer detained, Petitioner should address whether the petition is moot. Finally, the Court advises Petitioner's counsel that failing to comply with this Court's order may result in Petitioner having to show cause as to why sanctions should not be imposed.

It is so **ORDERED**.

**SIGNED** on August 24, 2026.

John A. Kazen
United States District Judge